UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 4:25-CR-93-1 |
| ) | |
| BRANDON MITCHELL KELLEY. ) | |

**Notice of Intent to Adhere to American Bar Association Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases**

Counsel for Defendant Brandon Kelley gives notice of his intent to adhere to the American Bar Association Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases, 31 Hofstra L. Rev. 913 (2003) (attached), until the Government declares it will not seek Mr. Kelley's death.

This 13th day of August 2025,

/s/ Michael A. Schwartz
MICHAEL A. SCHWARTZ
Attorney for Defendant
Georgia Bar No. 966017

New South Law, LLC
1305 Barnard St. #203
Savannah, Ga. 31401
912.581-1999
912.495.5431 (fax)
mas@newsouthlaw.net

## CERTIFICATE OF SERVICE

I certify that I have on this day served the foregoing document on all parties via the notice generated by electronic filing in this Court.

This 13th day of August 2025,

/s/ Michael A. Schwartz
MICHAEL A. SCHWARTZ
Attorney for Defendant
Georgia Bar No. 966017

New South Law, LLC
1305 Barnard St. #203
Savannah, Ga. 31401
912.581-1999
mas@newsouthlaw.net